**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**YAVONNE RELYEA,**

                **Plaintiff,**

     **v.**                                     **5:11-CV-956**
                                                       **(MAD/RFT)**
**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| ALEX C. DELL LAW FIRM<br>450 New Karner Road<br>Albany, New York 12205<br>*Attorney for Plaintiff* | JENNIFER L. STORM, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>*Attorney for Defendant* | MONIKA K. PROCTOR, ESQ. |

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 2nd day of July 2012.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk is directed to close the case and enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 31, 2012
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge